# EXHIBIT K







The ELD tablet (i.e. a computing device), identified by an ELD Identifier (i.e. Device ID), is configured to track a driver that uses the ELD in their vehicle.



The ELD tablet (i.e. computing device) comprises one or more wireless interfaces configured to interface with a network that provides access to driver account in GPS Insight's HOS Admin Portal powered by eFleetsuite (i.e. database management system application). The GPS Insight's HOS Admin Portal powered by eFleetsuite is administered by the GPSI (i.e. administrator) that maintains a server (i.e. database) that identifies the ELD (i.e. computing device) with the ELD ID (i.e. device ID).



eFleetSuite (i.e. location tracking software application) running on the ELD tablet (i.e. computing device) records the driving event information related to the driving events after determining that the driver turns on the ignition (i.e. vehicle is powered up) and drives the vehicle.



eFleetSuite (i.e. location tracking software application) running on the ELD tablet (i.e. computing device) records the driving event information. The driving event information comprises the driving event location information associated with the ELD ID (i.e. device ID). The eFleetSuite (i.e. LTA) records the power-on driving event when it determines that the vehicle is turned ON (i.e. vehicle is powered on).

6



eFleetSuite (i.e. location tracking software application) running on the ELD tablet (i.e. computing device) provides a log-in interface that allows the driver to log into the driver user account with driver ID and password. Once the driver logs into the driver user account, the driver can access the log event details (i.e. recorded driving event information).



eFleetSuite (i.e. location tracking software application) running on the ELD tablet (i.e. computing device) records location information corresponding to the locations of HOS duty status (i.e. driving events).

8



eFleetSuite (i.e. location tracking software application) running on the ELD tablet (i.e. computing device) records HOS duty status (i.e. a first driving event information) after the vehicle is turned on and travels over 5mph (i.e. the first driving event condition is met). The first driving event condition is met when the eFleetSuite (i.e. LTA) determines that the vehicle is moving over 5mph. The first driving event information comprises location information corresponding to the locations of HOS duty status (i.e. driving events).



eFleetSuite (i.e. location tracking software application) running on the ELD tablet (i.e. computing device) provides a first user interface that allows the driver to edit the HOS duty status (i.e. recorded driving event information) after the driver logs into the driver user account using driver ID and password.



eFleetSuite (i.e. location tracking software application) running on the ELD tablet (i.e. computing device) transmit the driver logs (i.e. driving event information) to the GPS Insight's HOS Admin Portal powered by eFleetsuite (i.e. database management system application) using the email/web services (i.e. wireless interface).

11



ELD tablet has a display that is configured to display the HOS duty status (i.e. recorded driving event information).